MONDIS TECHNOLOGY LTD.,
Plaintiff–Appellee,

v.

HON HAI PRECISION INDUSTRY CO., LTD., Also Known as Foxconn Innolux Display Corp., Lite–On Technology Corp., Lite–On Trading USA, Inc., TPV Technology, Ltd., Innolux Corp., and Chimei Innolux Corporation, Formerly Known as Innolux Display Corporation, Defendants,

and

TPV International (USA), Inc., TPV Electronics (Fujian) Co. Ltd., Envision Peripherals Inc., Top Victory Electronics (Fujian) Co. Ltd., and Top Victory Electronics (Taiwan) Co. Ltd., Defendants–Appellants.

No. 2012–1208.

United States Court of Appeals, Federal Circuit.

Feb. 20, 2013.

Martin J. Black, Dechert LLP, of Philadelphia, PA, argued for plaintiff-appellee. With him on the brief were Jeffrey B. Plies and Vincent A. Gallo.

Jonathan D. Hacker, O'Melveny & Myers LLP, of Washington, DC, argued

of Texas, sitting by designation.

for defendants-appellants. With him on the brief was Joshua Deahl. Of counsel on the brief were Mark A. Samuels and Brian Berliner, of Los Angeles, CA, and Michael L. Myers of Newport Beach, CA.

NEWMAN, O'MALLEY, and WALLACH, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**